1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-07-017-EJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER |
| TIMOTHY RYAN, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Timothy Ryan, through his attorney Robert R. Hager, as follows:

It is agreed that the current Status Conference date of June 8, 2007 be vacated and a new Status Conference date of July 27, 2007, at 10 a.m. be set.

The continuance of the status conference is necessary because the parties are in the process of sharing information relative to the case and are also in negotiations toward a possible resolution of the case, and the defendant's attorney needs more time to discuss the information-sharing process and the ongoing negotiations with the defendant.

1

1  Accordingly, the parties jointly request a new status
2  conference date of July 27, 2007, and that the time period from June
3  8, 2007, to and including July 27, 2007 be excluded under the Speedy
4  Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
5  for defense preparation and based on a finding by the Court that the
6  ends of justice served by granting a continuance outweigh the best
7  interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: June 6, 2007           /s/Robert R. Hager
                              ROBERT R. HAGER
                              Attorney for Defendant
                              TIMOTHY RYAN
                              By PAT per telephone authorization


                              McGREGOR W. SCOTT
                              United States Attorney

Dated: June 6, 2007           /s/Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: June 6, 2007
                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Judge