1 McGREGOR W. SCOTT
United States Attorney
2 PHILLIP A. TALBERT
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2789

5

6

7         IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA,    )
10                           )    CR. No. S-07-017-EJG
           Plaintiff,        )
11                           )
        v.                   )    STIPULATION AND
12                           )         ORDER_____
TIMOTHY RYAN,                )
13                           )
           Defendant.        )
14 _____)

15     It is hereby stipulated between the parties, Plaintiff United
16 States of America, by and through United States Attorney McGregor W.
17 Scott and Assistant United States Attorney Phillip A. Talbert, and
18 Defendant Timothy Ryan, through his attorney Robert R. Hager, as
19 follows:
20     It is agreed that the current Status Conference date of July
21 27, 2007 be vacated and a new Status Conference date of August 24,
22 2007, at 10 a.m. be set.
23     The continuance of the status conference is necessary because
24 the parties continue to share information relative to the case and
25 negotiate toward a possible resolution of the case, and the
26 defendant's attorney needs more time to discuss the information-
27 sharing process and the ongoing negotiations with the defendant.
28

1  Accordingly, the parties jointly request a new status
2 conference date of August 24, 2007, and that the time period from
3 July 27, 2007, to and including August 24, 2007 be excluded under
4 the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and
5 Local Code T4 for defense preparation and based on a finding by the
6 Court that the ends of justice served by granting a continuance
7 outweigh the best interest of the public and defendant in a speedy
8 trial.

Respectfully submitted,

Dated: July 26, 2007    /s/Robert R. Hager
ROBERT R. HAGER
Attorney for Defendant
TIMOTHY RYAN
By PAT per telephone authorization

McGREGOR W. SCOTT
United States Attorney

Dated: July 26, 2007    /s/Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 26, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge