```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,     )
10                                )   CR. No. S-07-017-EJG
                  Plaintiff,      )
11                                )
              v.                  )   STIPULATION AND ORDER_____
12  TIMOTHY RYAN,                 )
                                  )
13                Defendant.      )
    _____)
14
```

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Timothy Ryan, through his attorney Robert R. Hager, as follows:

It is agreed that the current Status Conference date of September 28, 2007 be vacated and a new Status Conference date of October 5, 2007, at 10 a.m. be set.

The continuance of the status conference is necessary because the parties are finalizing language in a proposed written plea agreement and defense counsel needs additional time to discuss with the defendant the language of the agreement.

Accordingly, the parties jointly request a new status conference date of October 5, 2007, and that the time period from

1

September 28, 2007, to and including October 5, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: September 25, 2007        /s/Robert R. Hager
                                 ROBERT R. HAGER
                                 Attorney for Defendant
                                 TIMOTHY RYAN
                              By PAT per telephone authorization


                                 McGREGOR W. SCOTT
                                 United States Attorney

Dated: September 25, 2007        /s/Phillip A. Talbert
                                 PHILLIP A. TALBERT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: September 27, 2007
                                 /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 United States District Judge